**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROBERT SANGO, #252200

              Plaintiff,                           Case No. 08-12709

v.                                     District Judge Arthur J. Tarnow
                                          Magistrate Judge Mona K. Majzoub

MATT HARPST and J. EATON,

              Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [6],**
**DENYING AS MOOT PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [4],**
**and**
**DENYING AS MOOT PLAINTIFF'S MOTION TO WITHDRAW [10]**

     This is a prisoner civil rights action in which Plaintiff complains that, in retaliation for Plaintiff's prior litigation, Defendant Harpst denied Plaintiff a prison job and Defendant Eaton frustrated Plaintiff's attempt to file a related administrative grievance.

     On July 17, 2008, Plaintiff filed a Motion for Preliminary Injunction [4]. That motion was referred [5] to the Magistrate Judge, who issued a Report and Recommendation [6] on August 12, 2008, recommending that Plaintiff's motion be denied. Plaintiff timely filed an Objection [8] to the Magistrate's recommendation; however, Plaintiff subsequently moved [10] to withdraw his original Motion for Preliminary Injunction [4].

     Shortly thereafter, on October 2, 2008, the Magistrate issued a Report and Recommendation [12] addressing Defendant's Motion for Summary Judgment [9], and Plaintiff's Response [11]. The Court issued an Order – which appears twice on the docket, as entries numbered [15] and [16] – in which the Court: adopted the Report and Recommendation [12], granted Defendant's Motion for Summary Judgment [9], denied as moot Plaintiff's Motion to Appoint Counsel [13], and dismissed the case.

     Now, in light of the Court's intervening dismissal of this case,

     **IT IS HEREBY ORDERED** that the Magistrate Judge's earlier-filed Report and

Recommendation [6] is **ADOPTED**.

      **IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction [4] is **DENIED AS MOOT**, and Plaintiff's subsequent Motion to Withdraw [10] his prior motion is likewise **DENIED AS MOOT**.

      **SO ORDERED.**


                            S/ARTHUR J. TARNOW_____
                            Arthur J. Tarnow
                            United States District Judge

Dated:  February 11, 2009

      I hereby certify that a copy of the foregoing document was served upon counsel of record on February 11, 2009, by electronic and/or ordinary mail.

                            S/THERESA E. TAYLOR_____
                            Case Manager